**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

|  |  |  |
|---|---|---|
| DUSTIN LEE HONKEN, | : | |
| | : | |
| Plaintiff, | : | Case No. _____ |
| | : | |
| v. | : | **\*\*\* Capital Case \*\*\*** |
| | : | |
| WILLIAM P. BARR, in his official capacity as the Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons; DONALD W. WASHINGTON, in his official Capacity as the Director of the United States Marshal Service; and T.J. WATSON, in his official capacity as the Complex Warden for the United States Penitentiary, Terre Haute, | : : : : : : : : : : | **Execution scheduled for** **July 17, 2020** |
| | : | |
| Defendants | : | |
| | : | |

**NOTICE OF RELATED ACTION**

Plaintiff Dustin Lee Honken, by and through counsel, and pursuant to Southern District of Indiana Local Rule 40-1(d)(2)(A), hereby notifies the Court of a related action.

1.      Plaintiff is a death-sentenced prisoner in the custody of Defendants at the United States Penitentiary in Terre Haute, Indiana (USP Terre Haute), where Defendants have scheduled his execution for July 17, 2020.

2.      Plaintiff seeks declaratory and injunctive relief to prevent the Defendants from executing him without permitting him to choose a member of the clergy to be in Plaintiff's immediate presence in the execution chamber before and during his execution, in violation of the

1

Religious Freedom Restoration Act of 1992 (RFRA), 42 U.S.C. § 2000bb et seq., and the Free Exercise Clause of the First Amendment to the United States Constitution.

3.      Currently pending in this Court is *Hartkemeyer v. Barr*, Case No. 2:20-cv-00336-JMS-MJD (filed July 2, 2020), in which the plaintiff Dale (Seigen) Hartkemeyer is the spiritual advisor to Wesley Purkey, who is also a death-sentenced inmate at USP Terre Haute and whose execution is scheduled for July 15, 2020.  Rev. Hartkemeyer seeks to enjoin the same Defendants from executing Mr. Purkey under circumstances that do not permit Rev. Hartkemeyer to be present for the execution in accordance with Rev. Hartkemeyer's religiously compelled duties, in violation of RFRA.

4.      Plaintiff notifies the Court that the actions may arise from the same transaction or occurrence, in that both address Defendants' infringement of religious liberty by wrongly restricting the role of a spiritual advisor to a death-sentenced inmate at contemporaneous executions at USP Terre Haute.  *See* S.D. Ind. L.R. 40-1(d)(2)(A).

WHEREFORE, Plaintiff respectfully notifies the Court that *Hartkemeyer v. Barr*, Case No. 2:20-cv-00336-JMS-MJD, is a potentially related action pursuant to Southern District of Indiana Local Rule 40-1(d)(2)(A).

Dated:   July 3, 2020                    Respectfully Submitted,


                                         **PLAINTIFF DUSTIN LEE HONKEN**


                                         By:      */s/  Abigail A. Clapp*


                                                  Abigail A. Clapp (Ind. Atty. No. 25444-45)
                                                  Greenberg Traurig, LLP
                                                  77 W. Wacker Dr., Ste. 3100
                                                  Chicago, IL   60601
                                                  Tel.    (312) 456-8400
                                                  Fax     (312) 899-0393
                                                  Email   ClappA@gtlaw.com

                                                  Edward C. Wallace*
                                                  Greenberg Traurig, LLP
                                                  200 Park Avenue
                                                  New York, NY 10166
                                                  Tel:  (212) 801-9200
                                                  WallaceE@gtlaw.com

                                                  Michael M. Krauss*
                                                  Greenberg Traurig, LLP
                                                  90 South Seventh Street, Suite 3500
                                                  Minneapolis, MN  55402
                                                  Tel:  (612) 259-9700
                                                  KraussM@gtlaw.com


                                                  Kyle R. Freeny*
                                                  Greenberg Traurig, LLP
                                                  2101 L Street, N.W., Suite 1000
                                                  Washington, DC  20037
                                                  Tel:  (202) 331-3100
                                                  FreenyK@gtlaw.com

                                                  **pro hac vice* motion forthcoming

3