# United States District Court
for the
Southern District of Indiana

|  |  |  |
|---|---|---|

DUSTIN LEE HONKEN,

      Plaintiff,

 v.

WILLIAM P. BARR, in his official capacity as
the Attorney General of the United States;
MICHAEL CARVAJAL, in his official capacity
as the Director of the Federal Bureau of Prisons;
DONALD W. WASHINGTON,
in his official Capacity as the Director of the
United States Marshal Service; and
T.J. WATSON, in his official capacity as the
Complex Warden for the United States
Penitentiary, Terre Haute,

      Defendants

Civil Action No. 2:20-cv-00342-JRS-DLP

**\*\*\* Capital Case \*\*\***

**Execution scheduled for**
**July 17, 2020**

## SUMMONS IN A CIVIL ACTION

TO: (*Defendants' names and addresses*)

William P. Barr, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Michael Carvajal
Acting Director of the Federal Bureau of Prisons
320 First Street, NW
Washington DC 20534

Donald W. Washington
Director of the United States Marshal Service
1215 S Clark Street
Arlington, VA 22202

T.J. Watson, Complex Warden
USP—Terre Haute
4700 Bureau Road South
Terre Haute, IN 47802

A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it)—or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)—you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Abigail A. Clapp
Greenberg Traurig, LLP
77 West Wacker Drive
Chicago, IL 60601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF COURT, Roger A.G. Sharpe

BY: _____

Deputy Clerk

Date:  7/3/2020

Civil Action Number:  2:20-cv-00342-JRS-DLP

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $ _____for travel and $_____for services, for a total of $_____.


I declare under penalty of perjury that this information is true.


Date: _____        _____
                                *Server's Signature*


                                _____
                                *Printed name and title*


                                _____
                                *Server's address*

Additional information regarding attempted service, etc.