AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana ▾

| | | |
|---|---|---|
| Dustin Lee Honken | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:20-cv-00342-JRS-DLP |
| William P. Barr, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Dustin Lee Honken                                                                      .

Date:     07/03/2020

/s/  Abigail A. Clapp
*Attorney's signature*

Abigail A. Clapp (25444-45)
*Printed name and bar number*
Greenberg Traurig, LLP
77 W. Wacker Dr., Suite 3100
Chicago, IL   60601

*Address*

ClappA@gtlaw.com
*E-mail address*

(312) 456-8400
*Telephone number*

(312) 899-0393
*FAX number*