**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| DUSTIN LEE HONKEN, | : | |
| | : | |
| Plaintiff, | : | No. 2:20-cv-00342-JRS-DLP |
| | : | |
| v. | : | *** Capital Case *** |
| | : | |
| WILLIAM P. BARR, in his official capacity as the Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons; DONALD W. WASHINGTON, in his official Capacity as the Director of the United States Marshal Service; and T.J. WATSON, in his official capacity as the Complex Warden for the United States Penitentiary, Terre Haute, | : | **Execution scheduled for July 17, 2020** |
| | : | |
| Defendants | : | |

**STATUS REPORT**

Undersigned counsel for Plaintiff Dustin Lee Honken files this status report to apprise the Court of recent developments that may be relevant to the Court's management of its docket.

1.      Mr. Honken is an inmate at the United States Penitentiary in Terre Haute, Indiana (USP Terre Haute) who is scheduled to be executed on July 17, 2020.  On June 23, 2020, he made written requests of both the BOP Staff (BP-8) and the Warden (BP-9) "to choose a Catholic priest or bishop to be in my immediate presence in the execution chamber before and during my execution. . . . Please let me know if this will be approved and by when I should provide the name of my chosen priest or bishop."  These requests were denied on June 23, 2020.

2.      On July 3, 2020, Plaintiff filed this lawsuit under the Religious Freedom Restoration Act of 1993 (RFRA), 42 U.S.C. § 2000bb *et seq.*, and the Free Exercise Clause of the First Amendment, alleging that Defendants violated his religious rights by denying his request that his spiritual advisor, Father Mark O'Keefe, be permitted to be present with him at his execution, and specifically in the execution room, to minister to him as his religious beliefs command.

3.      On or about July 5, 2020, Mr. Honken received a letter (attached as Exhibit A) from Defendant T.J. Watson, Warden of Terre Haute (USP), advising him that Father O'Keefe will now be permitted a "brief, no-contact visit" with Mr. Honken in the execution room, and will be permitted to remain in the execution room with an assigned staff member during the execution, but will be subject to removal under certain circumstances, including if "confidential staff need to enter the room during the procedure."

4.      Counsel for Plaintiff are in the process of evaluating this new development and the effect it may have on this lawsuit.  Among other things, counsel for Plaintiff are engaged in discussions with attorneys for Defendants to understand and confirm in greater detail the terms under which Plaintiff's spiritual advisor will be permitted to minister to him at his execution and what religious liberty claims, if any, remain to be litigated in this action.

5.      Counsel for Plaintiff are working quickly through these issues given the time-sensitive nature of this proceeding and will update the Court promptly.  Counsel for Plaintiff are also available at the Court's convenience.

Dated: July 7, 2020

Respectfully submitted,

Dustin Lee Honken

/s/ Abigail A. Clapp
Abigail A. Clapp, # 25444-45
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL  60601
Tel. (312) 456-8400
Fax (312) 899-0393
ClappA@gtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2020, I filed the foregoing **Status Report** with the Court and served it on counsel of record by filing it with the Court's CM/ECF system. All counsel of record who have entered appearances are registered ECF users.

/s/ Abigail A. Clapp