UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DUSTIN LEE HONKEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00342-JRS-DLP |
| | ) | |
| WILLIAM P BARR, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**Order Directing Plaintiff to Show Cause
Why Action Should Not Be Dismissed As Moot**

Plaintiff Dustin Lee Honken, a federal inmate scheduled for execution on July 17, 2020, filed this action on July 3, 2020, alleging that the defendants unlawfully refused his request to have a spiritual advisor present in the execution room during the execution. Dkt. 1. Mr. Honken has not filed a motion for preliminary injunction or temporary restraining order.

On July 7, Mr. Honken notified the Court that the Bureau of Prisons had reversed course and granted his request, allowing his spiritual advisor to be present in the execution room during the execution. Dkt. 8, ¶ 3. His claim thus appears to be moot. Accordingly, Mr. Honken shall have **through noon on July 16, 2020**, to show cause why this action should not be dismissed as moot.

**IT IS SO ORDERED.**

Date: 7/15/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Abigail A. Clapp
GREENBERG TRAURIG LLP
clappa@gtlaw.com