**Exhibit A**

**Certification of Kyle R. Freeny**
**In Support of Motion to Appear Pro Hac Vice**

In support of the Motion to Appear Pro Hac Vice filed on my behalf by Abigail A. Clapp of the law firm Greenberg Traurig, LLP, and pursuant to S. D. Ind. Local Rule 83-6(b), the undersigned states:

1.  I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s):  California Supreme Court (admitted 2006).

2.  I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States.  In 2014 and 2015, when I was a trial attorney with the U.S. Department of Justice, Federal Programs Branch, I was part of a DOJ trial team that was sanctioned by the U.S. District Court for the Southern District of Texas, in connection with litigation over the legality of the Obama Administration's deferred action immigration policy (known as DAPA and DACA).  Sanctions included revocation of the pro hac vice admissions of counsel. These sanctions are currently under seal.  The court also contemporaneously imposed non-monetary sanctions against the Department of Justice.  *See Texas v. United States*, 14-cv-254 (S.D. Tex. May 19, 2016), ECF. Nos., 347-348.  After the court afforded me and other DOJ counsel an opportunity to be heard, the district court withdrew the sanctions and found that we did not commit any misconduct.  *Id.*, ECF No. 434 at p. 11 (Jan. 19, 2017).  I have never otherwise received or been subject to disciplinary action from any court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.  I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the

court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

I certify that the above information is true and correct.

Dated:  July 16, 2020

Respectfully submitted,

Kyle R. Freeny*
Greenberg Traurig, LLP
2101 L Street, N.W.
Washington, DC  20037
Tel:  (202) 331-3100
FreenyK@gtlaw.com

* Application for admission pending in D.C.; practice limited to federal courts and agencies.