**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

|  |  |  |
|---|---|---|
| | : | |
| DUSTIN LEE HONKEN, | : | |
| | : | |
| Plaintiff, | : | No. 2:20-cv-00342-JRS-DLP |
| | : | |
| | : | |
| v. | : | *** **Capital Case** *** |
| | : | |
| WILLIAM P. BARR, in his official capacity as | : | |
| the Attorney General of the United States; | : | |
| MICHAEL CARVAJAL, in his official capacity | : | **Execution scheduled for** |
| as the Director of the Federal Bureau of Prisons; | : | **July 17, 2020** |
| DONALD W. WASHINGTON, | : | |
| in his official Capacity as the Director of the | : | |
| United States Marshal Service; and | : | |
| T.J. WATSON, in his official capacity as the | : | |
| Complex Warden for the United States | : | |
| Penitentiary, Terre Haute, | : | |
| | : | |
| Defendants | : | |
| | : | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Abigail A. Clapp of the law

firm Greenberg Traurig, LLP, seeking an Order granting Kyle R. Freeny of Greenberg Traurig,

LLP**,** leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Dustin

Lee Honken in the above-styled cause only.  Being fully advised, it is now ORDERED that the

motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Kyle R. Freeny
Greenberg Traurig, LLP
2101 L Street, N.W.
Washington, DC  20037
Tel:  (202) 331-3100
FreenyK@gtlaw.com

Dated:  _____

                                                                   _____
The Honorable James R. Sweeney II
United States District Court
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF
To PHV applicant via U.S. Mail

        Kyle R. Freeny
        Greenberg Traurig, LLP
        2101 L Street, N.W.
        Washington, DC  20037
        Tel:  (202) 331-3100
        FreenyK@gtlaw.com