UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DUSTIN LEE HONKEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00342-JRS-DLP |
| | ) | |
| WILLIAM P BARR, | ) | |
| MICHAEL CARVAJAL, | ) | |
| DONALD W. WASHINGTON, | ) | |
| T.J. WATSON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| MARK O'KEEFE, | ) | |
| | ) | |
| Intervenor Plaintiff. | ) | |

## **ORDER**

This matter has come before the Court on motion of Kyle R. Freeny of

Greenberg Traurig, LLP, seeking an order granting leave to appear *pro hac vice* for

the purpose of appearing as counsel on behalf of the Plaintiff, Dustin Lee Honken,

in the above-styled cause only (Dkt. 10). Being fully advised, the Motion is hereby

**GRANTED**.

Applicant's contact information should be entered as follows:

Kyle R. Freeny
Greenberg Traurig, LLP
2101 L Street, N.W.
Washington, DC 20037
Tel: (202) 331-3100
FreenyK@gtlaw.com

Applicant shall register for electronic filing, as required by Local Rule 5-3, within ten (10) days of the entry of this Order.

So ORDERED.

Date: July 16, 2020

Hon. Doris L. Pryor
United States District Court
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.

To PHV applicant via U.S. Mail:

Kyle R. Freeny
Greenberg Traurig, LLP
2101 L Street, N.W.
Washington, DC 20037