UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DUSTIN LEE HONKEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 2:20-cv-00342-JRS-DLP |
| WILLIAM P BARR, et al. | ) ) |
| Defendants. | ) ) |
| MARK O'KEEFE, | ) ) ) |
| Intervenor Plaintiff. | ) |

**Order Directing Defendants to Respond**

The defendants shall have **through July 16, 2020, at 8:00 p.m.** to respond to applicant Father Mark O'Keefe's filing, dkt. [12].

**IT IS SO ORDERED.**

Date: 7/16/2020

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Abigail A. Clapp
GREENBERG TRAURIG LLP
clappa@gtlaw.com