UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DUSTIN LEE HONKEN, | : | |
| Plaintiff, | : | No. 2:20-cv-00342-JRS-DLP |
| v. | : | *** Capital Case *** |
| WILLIAM P. BARR, in his official capacity as the Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons; DONALD W. WASHINGTON, in his official Capacity as the Director of the United States Marshal Service; and T.J. WATSON, in his official capacity as the Complex Warden for the United States Penitentiary, Terre Haute, | : | **Execution scheduled for July 17, 2020** |
| Defendants | : | |

**NOTICE OF CLARIFICATION REGARDING *PRO HAC VICE* REPRESENTATION**

Kyle R. Freeny of the law firm Greenberg Traurig, LLP, submits this notice to clarify her *pro hac vice* appearance and representation. Kyle R. Freeny represents Plaintiff Dustin Lee Honken, not Father Mark O'Keefe, in this action.

WHEREFORE, the undersigned counsel respectfully requests that the Court record correctly reflect that Kyle R. Freeny represents Plaintiff Dustin Lee Honken in this action.

Dated: July 16, 2020

Respectfully submitted,

By: /s/ Kyle R. Freeny
Kyle R. Freeny*
Greenberg Traurig, LLP
2101 L Street, N.W.
Washington, DC 20037
Tel: (202) 331-3100

FreenyK@gtlaw.com
* Application for admission pending in D.C.; practice limited to federal courts and agencies.

Abigail A. Clapp (Ind. Atty. No. 25444-45)
Greenberg Traurig, LLP
77 W. Wacker Dr., Ste. 3100
Chicago, IL  60601
Tel.    (312) 456-8400
Fax    (312) 899-0393
Email  ClappA@gtlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2020, a copy of the foregoing **Notice of Clarification Regarding *Pro Hac Vice* Representation** was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

*/s/ Kyle R. Freeny*