UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DUSTIN LEE HONKEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:20-cv-00342-JRS-DLP |
| | ) | |
| WILLIAM P. BARR, in his official | ) | |
| capacity as the Attorney General of the | ) | |
| United States; MICHAEL CARVAJAL, in | ) | |
| his official capacity as the Director of the | ) | |
| Federal Bureau of Prisons; DONALD W. | ) | |
| WASHINGTON, in his official capacity | ) | |
| as the Director of the United States | ) | |
| Marshal Service; and WARDEN T.J. | ) | |
| WATSON in his official capacity as | ) | |
| Complex Warden for Terre Haute Federal | ) | |
| Correctional Complex, | ) | |
| | ) | |
| Defendants. | ) | |

## APPEARANCE

Josh J. Minkler, United States Attorney for the Southern District of Indiana, by Shelese

Woods, Assistant United States Attorney for the Southern District of Indiana, enters his

appearance as counsel for the Defendant, William Barr, Attorney General of the United States of

America, in his official capacity only; Donald W. Washington, in his official capacity as the

Director of the United States Marshal Service, in his official capacity only; Michael Carvajal,

Director of the Federal Bureau of Prisons, in his official capacity only; and Warden, Federal

Correctional Complex – Terre Haute, in his official capacity only.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney


By:    _s/ Shelese Woods_____
       Shelese Woods
       Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2020, the foregoing was filed electronically through

ECF/CM.  On this same date, electronic service will be made to all counsel of record through the

Court's ECF/CM system.


s/ *Shelese Woods*
Shelese Woods
Assistant United States Attorney


Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
(317) 226-6333
(317) 226-6125 [Fax]