| From: | Woods, Shelese (USAINS) |
|---|---|
| To: | freenyk@gtlaw.com |
| Cc: | kraussm@gtlaw.com; Lin, Jean (CIV); Childress, John (USAINS) |
| Subject: | Re: Honken v. Barr (S.D. Ind. 20-cv-00342) |
| Date: | Thursday, July 9, 2020 5:34:49 PM |
| Attachments: | image001.png |

Hi, Kyle - I believe this pertains to the time period discussed in paragraph 4. The staff would not come into the room absent a medical or safety issue arising.

On Jul 9, 2020, at 5:13 PM, "freenyk@gtlaw.com" <freenyk@gtlaw.com> wrote:

Hi Shelese—
Thank you for the additional information. Can you help use understand what is meant by the reference to "when confidential staff need to enter the room," which you've indicated would be a time when Father O'Keefe could be excluded from the execution room. Would such a circumstance be limited to an unexpected medical emergency or are there other occasions where that might occur? Under what circumstances?
Thanks,
-Kyle

**Kyle R. Freeny**
Shareholder

Greenberg Traurig, LLP
2101 L Street N.W. | Washington, D.C. 20037
T +1 202.331.3118
freenyk@gtlaw.com | www.gtlaw.com | View GT Biography

<image001.png>

‡ Admitted in California. Practice in the District of Columbia limited to matters and proceedings before Federal courts and Agencies.

**From:** Woods, Shelese (USAINS) <Shelese.Woods@usdoj.gov>
**Sent:** Wednesday, July 8, 2020 7:06 PM
**To:** Krauss, Michael M. (Shld-MSP-LT) <kraussm@gtlaw.com>
**Cc:** Lin, Jean (CIV) <Jean.Lin@usdoj.gov>; Childress, John (USAINS) <John.Childress@usdoj.gov>; Freeny, Kyle R. (Shld-DC-LT) <freenyk@gtlaw.com>
**Subject:** Re: Honken v. Barr (S.D. Ind. 20-cv-00342)

Dear Michael - Below is the BOP's response to your questions:

1. On the day of the execution, Father O'Keefe may choose to visit Mr. Honken in the Inmate Holding Cell visiting area in the execution facility for a reasonable amount of time after the inmate is moved to the execution facility holding cell, until a reasonable amount of time prior to the

execution. This visiting time period is approximately several hours but is subject to change for operational considerations.   During that visit, Father O'Keefe will be able to communicate with Mr. Honken.  There will be a glass partition between Mr. Honken and Father O'Keefe.  The visit could be as long as Father O'Keefe wishes during that visiting time period, except that Mr. Honken's legal team may choose to visit at the same time, in which case Father O'Keefe may remain in the room or depart.   BOP will allow Father O'Keefe, Mr. Honken, and Mr. Honken's legal team to decide whether they wish to do a joint visit, and if not, how much time each shall visit Mr. Honken and when during that  period.  After the visit, Father O'Keefe will be escorted out of the execution facility.  Then at a reasonable amount of time before the execution, he will be escorted back into the Inmate Holding Cell visiting area.  At that time, Father O'Keefe may enter the Inmate Holding Cell and have direct physical contact with Mr. Honken to administer Last Rites, while Mr. Honken is restrained. Father O'Keefe will have a reasonable amount of time to administer Last Rites, with the understanding that the execution is scheduled for 4:00 p.m.

2.   Father O'Keefe will then be escorted out of Inmate Holding Cell.  After Mr. Honken has been led into the Execution Room and has been restrained to the table, Father O'Keefe will be escorted to the Execution Room by his BOP security escort.

3.   Father O'Keefe and Mr. Honken will have a brief moment to speak near-privately in the Execution Room, with only the security escort, US Marshals Service representative, and BOP Official present, during which they can engage in final prayers or other end-of-life spiritual rituals as long as they are at an appropriate distance (non-contact) and not disruptive to the government officials.

4.   Father O'Keefe will then remain in the presence of Mr. Honken in the Execution Room, barring emergency circumstances (e.g., medical emergency, when confidential staff need to enter the room, or if Father O'Keefe engages in disruptive physical or verbal behavior). Once the proceeding begins, or once he his directed by a government official, Father O'Keefe will not be able to communicate verbally with Mr. Honken while they are in the Execution Room.  For operational and safety reasons, Father O'Keefe will be required to remain silent once the proceedings start.

5.   During the administration of the lethal injection, Father O'Keefe will stand to the side at a social distance from the others except his BOP security escort, but still be in the Execution Room and within the view of Mr. Honken.

6. Upon completion of the execution, Father O'Keefe will be given brief access to Mr. Honken's body to say additional prayers or perform appropriate spiritual rites if he so chooses.

7. Finally as to your questions in your last paragraph, we are unable to provide estimates at this time.

Sincerely,

Shelese Woods

On Jul 8, 2020, at 2:06 PM, "kraussm@gtlaw.com" <kraussm@gtlaw.com> wrote:

Shelese, Jean,

We're following up on our Monday call about Father O'Keefe's access to Dustin Honken immediately before and during the execution, which is currently scheduled for July 17. This is in connection with *Honken v. Barr*, 20-cv-342 (S.D. Ind.). Based on our conversation and the materials we've reviewed, we understand as follows:

1.     Father O'Keefe will physically be in the Inmate Holding Cell with Mr. Honken, during which time they can communicate without restriction. In the Inmate Holding Cell, Father O'Keefe may have direct physical contact with Mr. Honken to administer the sacraments, including Last Rites. Father O'Keefe will have the time that he needs to administer the sacraments, with the understanding that the execution is scheduled for 4:00 p.m.

2.     Father O'Keefe will remain in the presence of Mr. Honken as Mr. Honken is prepared for the Execution Room by the Restraint Team and escorted to the Execution Room by the Restraint Team.

3.     Father O'Keefe will remain in the presence of Mr. Honken in the Execution Room, barring extraordinary circumstances (e.g., medical emergency).

4.     While Mr. Honken is being restrained to the Execution Table and assessed and prepared for execution by qualified medical personnel, Father O'Keefe will stand to the side, still in the Execution

Room and within the view of Mr. Honken.

5.       Father O'Keefe will be able to communicate verbally with Mr. Honken while they are in the Execution Room.  Additionally, Father O'Keefe and Mr. Honken will have a moment to speak near-privately in the Execution Room, with only the security escort present, during which they can engage in final prayers or other end-of-life spiritual rituals.

6.       During and after administration of the lethal injection, Father O'Keefe will again stand to the side, still in the Execution Room and within the view of Mr. Honken.

7.       After Mr. Honken is dead, Father O'Keefe will have access to the body for religious purposes.

Please confirm that this understanding is correct, or provide clarification if the Government disagrees.  Also, please let us know if you have more information about how much time it will take to prepare Mr. Honken for the Execution Room and escort him to the Execution Room, and how much time Mr. Honken will actually be in the Execution Room before his death.

Thank you again for discussing these issues with us.

Michael

**Michael M. Krauss**
Shareholder

Greenberg Traurig, LLP
90 South 7th Street | Suite 3500 | Minneapolis, MN 55402
T +1 612.259.9712 | C 612.442.9066
kraussm@gtlaw.com | www.gtlaw.com | View GT Biography

<image001.png>

**From:** Lin, Jean (CIV) <Jean.Lin@usdoj.gov>
**Sent:** Monday, July 6, 2020 1:48 PM
**To:** Freeny, Kyle R. (Shld-DC-LT) <freenyk@gtlaw.com>; Woods, Shelese (USAINS) <Shelese.Woods@usdoj.gov>
**Cc:** Krauss, Michael M. (Shld-MSP-LT) <kraussm@gtlaw.com>
**Subject:** RE: Honken v. Barr (S.D. Ind. 20-cv-00342)

**\*EXTERNAL TO GT\***

Kyle:  I am adding Shelese Woods, the Civil Chief for the

Southern District of Indiana. She is representing the government in this and the other case you mentioned. I am just assisting, and can participate in a call along with her if that works for her. In the meantime, we'll try to get more information from BOP.

Jean Lin
Special Litigation Counsel
U.S. Dep't of Justice, Civil Div.
Federal Programs Branch
jean.lin@usdoj.gov
(202) 514-3716

**From:** freenyk@gtlaw.com <freenyk@gtlaw.com>
**Sent:** Monday, July 06, 2020 2:36 PM
**To:** Lin, Jean (CIV) <JLin@civ.usdoj.gov>
**Cc:** kraussm@gtlaw.com
**Subject:** Honken v. Barr (S.D. Ind. 20-cv-00342)

Hi Jean—
I hope this email finds you well. I am reaching out to you on behalf of my client Dustin Lee Honken, who filed a religious liberty lawsuit in the Southern District of Indiana against DOJ/BOP on Friday, in connection with his execution scheduled for July 17. Attached is courtesy copy of our complaint, which will also be served pursuant to Rule 4(i). I understand that you are representing the government in a lawsuit filed in the same court by the spiritual advisor of another death row inmate, so I figured you would either be handling Mr. Honken's lawsuit as well, or would be able to connect us with whomever is.

We understand Mr. Honken received a letter from the Bureau of Prisons over the weekend, indicating that he will be permitted to have his spiritual advisor, Father Mark O'Keefe, present with him in the execution room, but with meaningful limitations on that presence. We are trying to understand the details of what will and will not be permitted to better determine whether and how BOP's reversal of course affects our posture in the pending litigation.

Toward that end, it would be most helpful if you could (a) send us a copy of BOP's letter to Mr. Honken, and (b) set up a time to discuss the terms under which Father Mark will be permitted to minister to Mr. Honken, both in the execution house (including whether contact will be allowed and under what terms), and (b) in the execution room itself (including how long Mr. Honken would be expected to be in the execution room and the circumstances under which Father O'Keefe might be forced to leave the execution room prior to Mr. Honken's passing).

Given the significance and urgency of these issues, we can try to make ourselves available for a call at your earliest convenience, understanding that you may need to get further information from BOP in order to answer some of our queries.

Regards,

-Kyle

**Kyle R. Freeny**
Shareholder

Greenberg Traurig, LLP
2101 L Street N.W. | Washington, D.C. 20037
T +1 202.331.3118
freenyk@gtlaw.com | www.gtlaw.com | View GT Biography

<image001.png>

‡ Admitted in California. Practice in the District of Columbia limited to matters and proceedings before Federal courts and Agencies.

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.