UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DUSTIN LEE HONKEN, | |
| Plaintiff, | No. 2:20-cv-00342-JRS-DLP |
| v. | *** Capital Case *** |
| WILLIAM P. BARR, in his official capacity as the Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons; DONALD W. WASHINGTON, in his official Capacity as the Director of the United States Marshal Service; and T.J. WATSON, in his official capacity as the Complex Warden for the United States Penitentiary, Terre Haute, | **Execution scheduled for July 17, 2020** |
| Defendants | |

**PLAINTIFF'S REPLY TO GOVERNMENT'S RESPONSE**

Plaintiff Dustin Lee Honken, through undersigned counsel, files this reply to the Government's Response regarding the Court's July 15, 2020 Order Directing Plaintiff to Show Cause Why Action Should Not Be Dismissed As Moot (Filing No. 17). Plaintiff appreciates the Government's agreement to modify its restrictions on the presence of Father O'Keefe at Plaintiff's execution in response to Plaintiff's objections.

Nonetheless, Plaintiff respectfully submits that this case is not moot unless and until Father O'Keefe has actually been permitted to minister to Mr. Honken at his execution as he has requested and as the Government has now agreed through its counsel. *Cf. Kikumura v. Turner*, 28 F.3d 592, 597 (7th Cir. 1994) (declining to find challenge to prison policy that prohibited foreign language materials moot even though the policy had been repealed). Undersigned

1

counsel has been informed that Mr. Honken today received conflicting information about his access to Father O'Keefe at the execution. Given the gravity of the issues, it is critical that Plaintiff have an avenue to seek redress in the event that, notwithstanding the good faith representations by Department of Justice counsel, a BOP official declines to abide by the Government's commitment, as expressed in the Government's Response.

Accordingly, Plaintiff submits that this action should remain open until Father O'Keefe has been permitted to minister to Mr. Honken at his execution, as he has requested and as the Government has now agreed, at which time all parties agree it will be moot.

Dated: July 16, 2020                            Respectfully submitted,

By:   /s/ Kyle R. Freeny
Kyle R. Freeny*
Greenberg Traurig, LLP
2101 L Street, N.W.
Washington, DC 20037
Tel: (202) 331-3100
FreenyK@gtlaw.com
* Application for admission pending in D.C.; practice limited to federal courts and agencies.

Abigail A. Clapp (Ind. Atty. No. 25444-45)
Greenberg Traurig, LLP
77 W. Wacker Dr., Ste. 3100
Chicago, IL 60601
Tel.   (312) 456-8400
Fax    (312) 899-0393
Email  ClappA@gtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2020, a copy of the foregoing **Plaintiff's Reply to Government's Response** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

/s/ Kyle R. Freeny