UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DUSTIN LEE HONKEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM P. BARR, in his official capacity as the Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons; DONALD W. WASHINGTON, in his official capacity as the Director of the United States Marshal Service; and WARDEN T.J. WATSON in his official capacity as Complex Warden for Terre Haute Federal Correctional Complex,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00342-JRS-DLP |

## SUGGESTION OF DEATH OF DUSTIN HONKEN

The Defendants, by counsel, in accordance with Fed. R. Civ. P. 25(a), respectfully note the death of the Plaintiff, Dustin Honken, during the pendency of this action.

　　　　　　　　　　　　　　　　　　　　　JOSH J. MINKLER
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　 /s/*Shelese Woods*
　　　　　　　　　　　　　　　　　　　　　SHELESE WOODS
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2020, the foregoing was filed electronically through ECF/CM. On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

s/ *Shelese Woods*
Shelese Woods
Assistant United States Attorney

Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
(317) 226-6333
(317) 226-6125 [Fax]