UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

|  |  |  |
|---|---|---|
| DUSTIN LEE HONKEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Case No. 2:20-cv-00342-JRS-DLP |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM P. BARR, in his official | ) | |
| capacity as the Attorney General of the | ) | |
| United States; MICHAEL CARVAJAL, in | ) | |
| his official capacity as the Director of the | ) | |
| Federal Bureau of Prisons; DONALD W. | ) | |
| WASHINGTON, in his official capacity | ) | |
| as the Director of the United States | ) | |
| Marshal Service; and WARDEN T.J. | ) | |
| WATSON in his official capacity as | ) | |
| Complex Warden for Terre Haute Federal | ) | |
| Correctional Complex, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

The Defendants, in their official capacity, respectfully request an additional 30 days to answer or otherwise respond to the Plaintiff's Complaint for the following reasons:

1.      The Plaintiff filed his lawsuit on July 3, 2020, challenging aspects of his execution, which was scheduled for July 17, 2020. (Docket No. 1.) The Official Capacity Defendants' Answer or other responsive pleading is currently due on or before September 1, 2020.

2.      On July 15, 2020, the Court issued an Order Directing Plaintiff to Show Cause Why Action Should Not Be Dismissed As Moot. (Docket No. 9.) Plaintiff's counsel responded

that this action should remain open until after Plaintiff's spiritual advisor has been permitted to minister to Mr. Honken at his execution, after which time all parties agree the lawsuit will be moot.

3.      On July 17, 2020, the Plaintiff's execution took place and his spiritual advisor was permitted to minister to him as requested. Mr. Honken is now deceased, which renders the case moot. Should the case not be dismissed, or if it is pursued by Plaintiff's counsel, the undersigned intends to file a Motion to Dismiss the case as moot.

4.      This motion is filed in good faith and not for the purpose of delay.

WHEREFORE, if this case is not dismissed as moot, the Official Capacity Defendants respectfully request that the Court grant their motion for enlargement of time and order that their answer or other responsive pleading is due on or before October 1, 2020.

Respectfully submitted,

By:      *s/ Shelese Woods*
Shelese Woods
Assistant United States Attorney

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2020, the foregoing was filed electronically through

ECF/CM, which will generate service of this document electronically through the Court's

ECF/CM system to all counsel of record.

_s/ Shelese Woods_
Shelese Woods
Assistant United States Attorney

Office of the United States Attorney
10 West Market Street
Suite 2100
Indianapolis, Indiana 46204