UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DUSTIN LEE HONKEN,<br><br>                    Plaintiff,<br><br>          v.<br><br>WILLIAM P. BARR, in his official capacity as the Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons; DONALD W. WASHINGTON, in his official capacity as the Director of the United States Marshal Service; and WARDEN T.J. WATSON in his official capacity as Complex Warden for Terre Haute Federal Correctional Complex,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 2:20-cv-00342-JRS-DLP |

**ORDER**

The Court, having reviewed the Motion for Enlargement of Time filed by Defendants in their official capacity, and being duly advised, hereby **GRANTS** the Motion and extends the Defendants' deadline, to and including October 1, 2020, to file their answer or other responsive pleading to the Complaint.

**IT IS SO ORDERED** this _____ day of _____, 2020.

_____
JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system