UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DUSTIN LEE HONKEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:20-cv-00342-JRS-DLP |
| ) | |
| WILLIAM P BARR in his official capacity ) | |
| as the Attorney General of the United ) | |
| States, ) | |
| MICHAEL CARVAJAL in his official ) | |
| capacity as the Director of the Federal ) | |
| Bureau of Prisons, ) | |
| DONALD W. WASHINGTON in his official ) | |
| capacity as the Director of the United ) | |
| States Marshal Service, ) | |
| T.J. WATSON in his official capacity as the ) | |
| Complex Warden for the United States ) | |
| Penitentiary, Terre Haute, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the Court on the Defendants' Motion for Enlargement of Time, Dkt. [20]. The Court, being duly advised, hereby **GRANTS** said Motion. Defendants shall have to and including **October 1, 2020** by which to respond to the Plaintiff's Complaint.

So ORDERED.

Date: 8/28/2020

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via
email generated by the Court's ECF system.