UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DUSTIN LEE HONKEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Case No. 2:20-cv-00342-JRS-DLP |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM P. BARR, in his official capacity as the Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons; DONALD W. WASHINGTON, in his official capacity as the Director of the United States Marshal Service; and WARDEN T.J. WATSON in his official capacity as Complex Warden for Terre Haute Federal Correctional Complex, | ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION TO DISMISS**

The Defendants, in their official capacity, respectfully request pursuant to Fed. R. Civ. P. 12(b)(1), that the Court dismiss the Plaintiff's Complaint for lack of subject matter jurisdiction for the following reasons:

1.      The Plaintiff filed his lawsuit on July 3, 2020, challenging aspects of his execution, which was scheduled for July 17, 2020. (Docket No. 1.) The Official Capacity Defendants' Answer or other responsive pleading is currently due on or before October 1, 2020.

2.      On July 15, 2020, the Court issued an Order Directing Plaintiff to Show Cause Why Action Should Not Be Dismissed As Moot. (Docket No. 9.) Plaintiff's counsel responded that this action should remain open until after Plaintiff's spiritual advisor has been permitted to

minister to Mr. Honken at his execution, after which time all parties agree the lawsuit will be moot.

3.      On July 17, 2020, the Plaintiff's execution took place and his spiritual advisor was permitted to minister to him as requested. Mr. Honken is now deceased, which renders the case moot.

4.      In support of this Motion, and in accordance with Local Rule 7-1, the Defendants rely upon and incorporate by reference their supporting Brief, which is being filed contemporaneously with the Motion.

WHEREFORE, the Official Capacity Defendants respectfully request that the Court grant their motion to dismiss and dismiss all of the Plaintiff's claims against them for lack of subject matter jurisdiction.

Respectfully submitted,

By:    *s/ Shelese Woods*
       Shelese Woods
       Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2020, the foregoing was filed electronically through ECF/CM, which will generate service of this document electronically through the Court's ECF/CM system to all counsel of record.

_s/ Shelese Woods_
Shelese Woods
Assistant United States Attorney

Office of the United States Attorney
10 West Market Street
Suite 2100
Indianapolis, Indiana 46204

2