**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

|  |  |  |
|---|---|---|
| DUSTIN LEE HONKEN, | : | |
| | : | |
| Plaintiff, | : | No. 2:20-cv-00342-JRS-DLP |
| | : | |
| v. | : | **\*\*\* Capital Case \*\*\*** |
| | : | |
| WILLIAM P. BARR, in his official capacity as the Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons; DONALD W. WASHINGTON, in his official Capacity as the Director of the United States Marshal Service; and T.J. WATSON, in his official capacity as the Complex Warden for the United States Penitentiary, Terre Haute, | : : : : : : : : : | |
| | : | |
| Defendants | : | |
| | : | |

**RESPONSE TO GOVERNMENT'S MOTION TO DISMISS**

Dustin Lee Honken was executed by the U.S. Government on July 17, 2020, and therefore the undersigned counsel lack authority to consent to the instant motion or to move for voluntary dismissal on his behalf. Counsel nonetheless agree, in their capacities as officers of the Court, that the claims for declaratory and injunctive relief are moot as to Mr. Honken, who was the sole plaintiff and is now deceased.

Dated:  September 24, 2020              Respectfully submitted,

By:    */s/  Kyle R. Freeny*
          Kyle R. Freeny\*
          Greenberg Traurig, LLP
          2101 L Street, N.W.
          Washington, DC  20037
          Tel:  (202) 331-3100
          FreenyK@gtlaw.com

1

*Admitted *pro hac vice*

Abigail A. Clapp (Ind. Atty. No. 25444-45)
Greenberg Traurig, LLP
77 W. Wacker Dr., Ste. 3100
Chicago, IL   60601
Tel.    (312) 456-8400
Fax     (312) 899-0393
Email   ClappA@gtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2020, a copy of the foregoing **Response to Government's Motion to Dismiss** was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

*/s/ Kyle R. Freeny*

2