**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| | : | |
| DUSTIN LEE HONKEN, | : | |
| | : | |
| Plaintiff, | : | No. 2:20-cv-00342-JRS-DLP |
| | : | |
| v. | : | *** Capital Case *** |
| | : | |
| WILLIAM P. BARR, in his official capacity as | : | |
| the Attorney General of the United States; | : | |
| MICHAEL CARVAJAL, in his official capacity | : | |
| as the Director of the Federal Bureau of Prisons; | : | |
| DONALD W. WASHINGTON, | : | |
| in his official Capacity as the Director of the | : | |
| United States Marshal Service; and | : | |
| T.J. WATSON, in his official capacity as the | : | |
| Complex Warden for the United States | : | |
| Penitentiary, Terre Haute, | : | |
| | : | |
| Defendants | : | |
| | : | |

## <u>MOTION TO WITHDRAW OF KYLE R. FREENY</u>

Pursuant to Local Civil Rule 83-7(b), undersigned counsel hereby moves to withdraw her appearance in this matter on behalf of Plaintiff Dustin Lee Honken, in light of his death by execution on July 17, 2020.  Mr. Honken's death makes compliance with the provisions of Local Rule 83.7(b)(2)–(3) impossible.

Dated:  September 24, 2020

Respectfully submitted,

By:   /s/  Kyle R. Freeny
Kyle R. Freeny*
Greenberg Traurig, LLP
2101 L Street, N.W.
Washington, DC  20037
Tel:  (202) 331-3100
FreenyK@gtlaw.com
*Admitted *pro hac vice*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2020, a copy of the foregoing **Motion to Withdraw** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*/s/ Kyle R. Freeny*