**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| _____ | : | |
| DUSTIN LEE HONKEN, | : | |
| | : | |
| Plaintiff, | : | No. 2:20-cv-00342-JRS-DLP |
| | : | |
| v. | : | *** Capital Case *** |
| | : | |
| WILLIAM P. BARR, in his official capacity as | : | |
| the Attorney General of the United States; | : | |
| MICHAEL CARVAJAL, in his official capacity | : | |
| as the Director of the Federal Bureau of Prisons; | : | |
| DONALD W. WASHINGTON, | : | |
| in his official Capacity as the Director of the | : | |
| United States Marshal Service; and | : | |
| T.J. WATSON, in his official capacity as the | : | |
| Complex Warden for the United States | : | |
| Penitentiary, Terre Haute, | : | |
| | : | |
| Defendants | : | |
| _____ | : | |

**[PROPOSED]**
**ORDER GRANTING KYLE R. FREENY'S MOTION TO WITHDRAW**

This cause has come before the Court upon the motion of Kyle R. Freeny of the law firm

Greenberg Traurig, LLP, seeking an Order granting leave to withdraw her appearance as counsel

on behalf of Dustin Lee Honken in the above-styled cause.  Being fully advised in the premises,

the motion is GRANTED.

IT IS THEREFORE ORDERED that Kyle R. Freeny be removed as counsel for Plaintiff,

Dustin Lee Honken.

Dated: _____              _____
                                 The Honorable James R. Sweeney II
                                 United States District Court
                                 Southern District of Indiana