UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

|  |  |  |
|---|---|---|
| DUSTIN LEE HONKEN, | : | |
| | : | |
| Plaintiff, | : | No. 2:20-cv-00342-JRS-DLP |
| | : | |
| v. | : | **\*\*\* Capital Case \*\*\*** |
| | : | |
| WILLIAM P. BARR, in his official capacity as the Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons; DONALD W. WASHINGTON, in his official Capacity as the Director of the United States Marshal Service; and T.J. WATSON, in his official capacity as the Complex Warden for the United States Penitentiary, Terre Haute, | : | |
| Defendants | : | |

**MOTION TO WITHDRAW OF ABIGAIL A. CLAPP**

Pursuant to Local Civil Rule 83-7(b), undersigned counsel hereby moves to withdraw her appearance in this matter on behalf of Plaintiff Dustin Lee Honken, in light of his death by execution on July 17, 2020. Mr. Honken's death makes compliance with the provisions of Local Rule 83.7(b)(2)–(3) impossible.

Dated: September 24, 2020            Respectfully submitted,

By:    /s/ Abigail A. Clapp
       Abigail A. Clapp (Ind. Atty. No. 25444-45)
       Greenberg Traurig, LLP
       77 W. Wacker Dr., Ste. 3100
       Chicago, IL   60601
       Tel.   (312) 456-8400
       Fax   (312) 899-0393
       Email   ClappA@gtlaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2020, a copy of the foregoing **Motion to Withdraw** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*/s/ Abigail A. Clapp*