**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

|  |  |  |  |
|---|---|---|---|
| _____ | : |  |  |
| DUSTIN LEE HONKEN, | : |  |  |
|  | : |  |  |
| Plaintiff, | : | No. 2:20-cv-00342-JRS-DLP |  |
|  | : |  |  |
| v. | : | **\*\*\* Capital Case \*\*\*** |  |
|  | : |  |  |
| WILLIAM P. BARR, in his official capacity as | : |  |  |
| the Attorney General of the United States; | : |  |  |
| MICHAEL CARVAJAL, in his official capacity | : |  |  |
| as the Director of the Federal Bureau of Prisons; | : |  |  |
| DONALD W. WASHINGTON, | : |  |  |
| in his official Capacity as the Director of the | : |  |  |
| United States Marshal Service; and | : |  |  |
| T.J. WATSON, in his official capacity as the | : |  |  |
| Complex Warden for the United States | : |  |  |
| Penitentiary, Terre Haute, | : |  |  |
|  | : |  |  |
| Defendants | : |  |  |
| _____ | : |  |  |

**[PROPOSED]**
**ORDER GRANTING ABIGAIL A. CLAPP'S MOTION TO WITHDRAW**

This cause has come before the Court upon the motion of Abigail A. Clapp of the law firm Greenberg Traurig, LLP, seeking an Order granting leave to withdraw her appearance as counsel on behalf of Dustin Lee Honken in the above-styled cause. Being fully advised in the premises, the motion is GRANTED.

IT IS THEREFORE ORDERED that Abigail A. Clapp be removed as counsel for Plaintiff, Dustin Lee Honken.

Dated: _____                    _____
                                        The Honorable James R. Sweeney II
                                        United States District Court
                                        Southern District of Indiana