UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DUSTIN LEE HONKEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00342-JRS-DLP |
| | ) | |
| WILLIAM P BARR, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**Order Dismissing Action for Lack of Jurisdiction**

Plaintiff Dustin Lee Honken filed this action on July 3, 2020, seeking injunctive and declaratory relief barring his execution without permitting him to have a religious advisor in his immediate presence during the execution. Mr. Honken was executed on July 17, 2020, with his religious advisor in his immediate presence. Dkt. 23 at 2; *see* dkt. 17-1 at 2−3. No justiciable controversy between the parties remains.

Accordingly, the defendants' motion to dismiss, dkt. [22], is **granted**, and this action is **dismissed** for lack of jurisdiction. Mr. Honken's attorneys' motions to withdraw, dkts. [25] and [26], are also **granted**. Final judgment shall now enter.

**IT IS SO ORDERED.**

Date: 10/1/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Abigail A. Clapp
GREENBERG TRAURIG LLP
clappa@gtlaw.com

Kyle R. Freeny
Greenberg Traurip, LLP
freenyk@gtlaw.com

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov