UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DUSTIN LEE HONKEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00342-JRS-DLP |
| | ) | |
| WILLIAM P BARR, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**Final Judgment**

The Court now enters final judgment. This action is **dismissed** for lack of jurisdiction.

Date: 10/1/2020

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Abigail A. Clapp
GREENBERG TRAURIG LLP
clappa@gtlaw.com

Kyle R. Freeny
Greenberg Traurip, LLP
freenyk@gtlaw.com

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov